# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2659
_____

V.L., Father of Z.L., Minor Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James P. Nilon, Judge.

June 16, 2026


PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and LEWIS and WINOKUR, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Audrie M. Harris of Audrie M. Harris, P.A., Gainesville, for Appellant.

Andrew Feigenbaum, Appellate Counsel, Children's Legal Services, West Palm Beach, for Appellee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Mercy Almaguer, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee, for Guardian ad Litem.